# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

```
_____ X
MOUSSA YEROUSHALMI, Individually and   :    Case No.: 1:05-cv-00951-JDT-TAB
on Behalf of All Others Similarly Situated, :
                                       :
                   Plaintiff,          :
                                       :
      vs.                              :
                                       :
GUIDANT CORPORATION, RONALD W.         :
DOLLENS, KEITH E. BRAUER, GUIDO J.     :
NEELS, BEVERLY H. LORREL, RONALD       :
N. SPAULDING, and WILLIAM F.           :
MCCONNEL JR.                           :
                                       :
                   Defendants.         :
_____ X
```

## ORDER DISMISSING CASE WITHOUT PREJUDICE

The Plaintiff, Moussa Yeroushalmi, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1),

having filed his Notice of Withdrawal of Lead Plaintiff Motion and Voluntary Dismissal of

Action Without Prejudice Pursuant to Rule 41(a), and the Court having considered the Notice

and being duly advised, the Court now finds that voluntary dismissal is appropriate under Rule

41(a)(1) because the Defendants have not filed an answer or summary judgment.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the

above-captioned case is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

SO ORDERED this __24th__ day of __October__, 2005.

_____
John Daniel Tinder, Judge
United States District Court